BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (915) 554-2700
Email: Audrey.Hemesath@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMJAD ALI ALABED and SAMAH HUSSEIN, <br><br> Plaintiffs, <br><br> v. <br><br> JONATHAN CRAWFORD, et al., <br><br> Defendants. | Case No.: 1:13-cv-2006 AWI SKO <br><br> **Joint Stipulation and Order re: Extension of Time** |

This is an immigration case in which plaintiffs appeal the denial of an I-130 visa petition by defendants United States Citizenship and Immigration Services. The government requests an additional 45 days in which to respond to the Complaint, and plaintiffs do not oppose this request. Accordingly, the parties stipulate that the new answer date will be May12, 2014.

Dated: March 24, 2014          Respectfully submitted,

                               BENJAMIN B. WAGNER
                               United States Attorney

                               /s/ Audrey B. Hemesath
                               AUDREY B. HEMESATH
                               Assistant U.S. Attorney

DATED: March 24, 2014                    Respectfully submitted,
                                         /s/ Julie Ann Goldberg
                                         Julie Ann Goldberg
                                         Attorney for the Plaintiffs

## ORDER

Pursuant to this joint stipulation, the government's answer date is extended to May 12, 2014.

IT IS SO ORDERED.

   Dated:   **March 27, 2014**                    **/s/ Sheila K. Oberto**
                                         UNITED STATES MAGISTRATE JUDGE