**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMJAD ALI ALABED and SAMAH HUSSEIN, <br><br> Plaintiffs, <br><br> v. <br><br> JONATHAN CRAWFORD, et al., <br><br> Defendants. | Case No.: 1:13-cv-2006 AWI SKO <br><br> **Stipulation and Order Extending Time to File Amended Joint Scheduling Report and Resetting Scheduling Conference Date** |

This Court previously held a status conference and gave the parties until July 1, 2014, to file an amended joint scheduling report in this case. The parties now stipulate to an extension of time in which to file that amended report, until August 12, 2014, to afford the parties additional time to come to an agreement regarding the contents of the Record of Proceedings.

Dated: July 1, 2014                Respectfully submitted,

                                BENJAMIN B. WAGNER
                                United States Attorney


                                /s/ Audrey B. Hemesath
                                AUDREY B. HEMESATH
                                Assistant U.S. Attorney

1

1  Dated: July 1, 2014                                  Respectfully submitted,
2                                                               /s/ Julie Ann Goldberg
                                                                 Julie Ann Goldberg
3                                                               Attorney for the Plaintiffs
4
5
                                                   **ORDER**
6
   Pursuant to the parties' Stipulation, IT IS HEREBY ORDERED that:
7
   (1) The time for filing the joint scheduling report is extended to August 12, 2014; and
8
   (2) The scheduling conference currently set for July 8, 2014, is reset to August 26, 2014,
9
       at 10:15 a.m. in Courtroom 7.
10

11

12 IT IS SO ORDERED.
13
      Dated:   **July 2, 2014**                             **/s/ Sheila K. Oberto**
14                                                        UNITED STATES MAGISTRATE JUDGE
15

2