**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMJAD ALI ALABED and SAMAH HUSSEIN, | ) ) ) |
| Plaintiffs, | ) Case No.: 1:13-cv-2006 SKO ) |
| v. | ) ) **ORDER ON PLAINTIFFS' MOTION** |
| JONATHAN CRAWFORD, et al., | ) **FOR FURTHER DISCOVERY** ) |
| Defendants. | ) ) ) |

On August 13, 2014, Plaintiffs filed a "brief in support of additional discovery" pursuant to discussion at the scheduling conference regarding the scope of the record and the standard of judicial review. Plaintiffs sought to supplement the record with additional discovery.

On August 25, 2014, the government filed a brief in opposition to Plaintiffs' request for additional discovery. (Doc. 21.) Plaintiffs filed a brief in reply to the government's opposition on September 23, 2014, which stated that having reviewed a recent order in *Galos v. Beers*, 2014 WL 954851, No. 4:12-cv-2902 DMR (E.D. Cal. Mar. 6, 2014), they agreed that no further discovery was needed, and the issue of a lack of sufficient evidence could be expounded through summary judgment.

As Plaintiffs have withdrawn their motion for additional discovery, the motion is moot.

IT IS SO ORDERED.

Dated:   **September 29, 2014**                              **/s/ Sheila K. Oberto**
                                                                     UNITED STATES MAGISTRATE JUDGE