# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMJAD ALI ALABED, et al., | Case No. 1:13-cv-02006-AWI-SKO |
| Plaintiffs, | **NEW CASE NO. 1:13-cv-02006-SKO** |
| v. | **ORDER TO REASSIGN ACTION** |
| JONATHAN CRAWFORD, et al., | (Doc. Nos. 22, 25) |
| Defendants. | |

All parties have consented to conduct all further proceedings in this action, including trial and entry of judgment, before U.S. Magistrate Judge Sheila K. Oberto pursuant to 28 U.S.C. § 636(c)(1). (Docs. 22, 25.) Accordingly, this Court REASSIGNS this action to U.S. Magistrate Judge Oberto for all further proceedings. All further filings in this action shall bear the new case number:

**1:13-cv-02006-SKO**

IT IS SO ORDERED.

Dated: September 30, 2014

_____
SENIOR DISTRICT JUDGE