# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMJAD ALI ALABED; SAMAH HUSSEIN,<br><br>Plaintiffs,<br><br>v.<br><br>JONATHAN CRAWFORD, et al,<br><br>Defendants. | Case No.  1: 1:13-cv-02006  SKO<br><br>**SCHEDULING ORDER (Fed.R.Civ.P 16)**<br><br>**Amended Administrative Record**<br>**Lodged and Served:**     December 30, 2014<br><br>**Dispositive Motion Briefing Deadlines:**<br>    Motion(s):         January 30, 2015<br>    Opposition(s):    February 27, 2015<br>    Reply(ies):        March 20, 2015<br>    Hearing:            April 15, 2015 |

### I.    **Date of Scheduling Conference**

A Scheduling Conference was held on December 4, 2014.

### II.    **Appearances of Counsel**

Julie Goldberg, Esq., appeared on behalf of Plaintiffs.

Audrey Hemesath, Esq., appeared on behalf of Defendants

### III.    **Discovery Plan and Cut-Off Dates**

Because this case arises under the Administrative Procedure Act, discovery is limited to the administrative record.[1]  Defendants lodged an Administrative Record on September 3, 2014.

---

[1] The parties dispute whether due process issues require a hearing and a trial de novo, but agree that this dispute may be resolved on summary judgment.  Thus, no trial date is set pending the outcome of the parties' motions for summary judgment.

Defendants seek to lodge and serve an Amended Administrative Record, which shall be done on or before December 30, 2014.

### IV. Briefing Schedule

The parties indicate they may be filing cross-motions for summary judgment. The briefing schedule for summary judgment motions is set forth below:

| | |
|---|---|
| **Motion for Summary Judgment Filing:** | January 30, 2015 |
| **Opposition Brief Filing:** | February 27, 2015 |
| **Reply Brief Filing:** | March 20, 2015 |
| **Hearing:** | April 15, 2015 |

Stipulations extending the deadlines contained herein will not be considered unless they are accompanied by affidavits or declarations, and where appropriate attached exhibits, which establish good cause for granting the relief requested.

IT IS SO ORDERED.

Dated:   **December 5, 2014**                           /s/ Sheila K. Oberto
                                                                        UNITED STATES MAGISTRATE JUDGE