1

JULIE A. GOLDBERG
Goldberg & Associates, P.C.

2

314 West 231st Street
Suite 447

3

Bronx, New York 10463
(718)432-1022

4

(718)432-1044 (facsimile)

5

juliegoldberg@sbcglobal.net

6

Attorney for Plaintiffs

7

8

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

9

10

AMJAD ALI ALABED and SAMAH
HUSSEIN,                                                    )
                                                           )  Case No.: 1:13-cv-2006 SKO

11

                                                           )

12

                    Plaintiffs,                            )  **Joint Stipulation and Order re: Extension**
                                                           )  **of Time to File Motion for Summary**

13

          v.                                               )  **Judgment and/or Cross Motion for**
                                                           )  **Summary Judgment**

14

JONATHAN CRAWFORD, et al.,                                 )
                                                           )

15

                    Defendants.                            )
                                                           )

16

                                                           )

17

18

          This Court has previously held a status conference and given the parties until January 30,

19

2015 to file a Motion for Summary Judgment and/or Cross-Motion for Summary Judgment in

20

this case.  The parties now stipulate to an extension of time in which to file a Motion for

21

Summary Judgment or Cross Motion for Summary Judgment, to February 4, 2015, in light of

22

23

complications caused by the weather conditions in New York, which have made it difficult for

24

counsel for the Plaintiffs to access their office and files to finish preparations of their motion.

25

26

27

28

1

1    DATED: January 27, 2015        Respectfully submitted,

2

3                                 /s/ Julie Ann Goldberg
                                    Julie Ann Goldberg

4                                 Attorney for the Plaintiffs

5

6    DATED: January 27, 2015        Respectfully submitted,

7

8                                 BENJAMIN B. WAGNER
                                United States Attorney

9

10                               /s/ Audrey B. Hemesath
                              AUDREY B. HEMESATH

11                               Assistant U.S. Attorney

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

ORDER

2          Pursuant to the parties' joint stipulation, the time for filing the Motion for Summary

3   Judgment and/or Cross-Motion for Summary Judgment is extended to February 4, 2015.

4
    IT IS SO ORDERED.
5

6      Dated:   **January 30, 2015**                    **/s/ Sheila K. Oberto**
                                                UNITED STATES MAGISTRATE JUDGE
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28